```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  DARREN J. ROBBINS (168593)
    TRAVIS E. DOWNS III (148274)
 3  BENNY C. GOODMAN III (211302)
    655 West Broadway, Suite 1900
 4  San Diego, CA 92101
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
    darrenr@csgrr.com
 6  travisd@csgrr.com
    bennyg@csgrr.com
 7
    KENDALL LAW GROUP, LLP
 8  JOE KENDALL
    HAMILTON LINDLEY
 9  3232 McKinney Avenue, Suite 700
    Dallas, TX 75204
10  Telephone: 214/744-3000
    214/744-3015 (fax)
11  jkendall@kendalllawgroup.com
    hlindley@kendalllawgroup.com
12  Attorneys for Plaintiff
```

FILED
2010 JAN 29 PM 12:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BUILDING TRADES UNITED PENSION TRUST FUND, Derivatively on Behalf of STEC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, F. MICHAEL BALL, CHRISTOPHER W. COLPITTS, MATTHEW L. WITTE and DAN MOSES, <br><br> Defendants, <br><br> – and – <br><br> STEC, INC., a California corporation, <br><br> Nominal Defendant. | **VIA FAX** <br><br> No.  CV10-00667 SJO(ANX) <br><br> CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 |

1  The undersigned counsel of record for plaintiff BUILDING TRADES UNITED
2  PENSION TRUST FUND, certify that the following listed party has a direct,
3  pecuniary interest in the outcome of this case. These representations are made to
4  enable the Court to evaluate possible disqualification or recusal.
5  BUILDING TRADES UNITED PENSION TRUST FUND

6  _____
7  ATTORNEY OF RECORD FOR
   PLAINTIFF BUILDING TRADES
8  UNITED PENSION TRUST FUND

9  S:\CptDraft\Derivative\Not STEC Derv.doc

- 1 -