ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
FRANCIS A. DIGIACCO (265625)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
fdigiacco@rgrdlaw.com

KENDALL LAW GROUP, LLP
JOE KENDALL
HAMILTON LINDLEY
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
hlindley@kendalllawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BUILDING TRADES UNITED PENSION TRUST FUND, Derivatively on Behalf of STEC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MANOUCH MOSHAYEDI, et al., <br><br> Defendants, <br><br> – and – <br><br> STEC, INC., a California corporation, <br><br> Nominal Defendant | No. 10-cv-00667-JVS(MLGx) <br><br> STIPULATION CONSOLIDATING THE ACTIONS, APPOINTING AND APPROVING LEAD COUNSEL AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSES |

512887_1

1   Plaintiffs Building Trades United Pension Trust Fund and Emilio Gerov
2   ("Plaintiffs"), Nominal Defendant STEC, Inc. ("STEC" or the "Company"), and
3   Individual Defendants Manouch Moshayedi, Mehrdad (Mark) Moshayedi, Raymond
4   D. Cook, Rajat Bahri, F. Michael Ball, Christopher W. Colpitts, Matthew L. Witte and
5   Dan Moses (collectively, the "Parties") hereby stipulate and agree as follows:
6       There are presently two related shareholder derivative actions against certain of
7   the officers and directors of STEC on file in this Court;
8       The first-filed action is *Building Trades United Pension Trust Fund v.*
9   *Moshayedi, et al.*, No. 2:10-cv-00667-JVS-MLG (the "*Building Trades* Action"), filed
10  January 29, 2010, and the second-filed action is *Gerov v. Moshayedi, et al.*, No. 8:10-
11  cv-00220-DOC-AN (the "*Gerov* Action"), filed February 22, 2010;
12      Plaintiff Emilio Gerov filed a Notice of Related Cases on February 22, 2010
13  (Docket No. 3 in the *Gerov* Action) informing the Court of the related *Building*
14  *Trades* Action;
15      On March 15, 2010, and March 26, 2010, respectively, the Court found that the
16  *Building Trades* Action and the *Gerov* Action were related to *In re STEC, Inc. Sec.*
17  *Litig.*, No. 8:09-cv-01304-JVS-MLG.
18      These STEC shareholder derivative actions arise out of the same alleged
19  transactions and occurrences and involve the same or substantially similar alleged
20  issues of fact and law;
21      Consolidation of these actions is appropriate pursuant to Rule 42(a) of the
22  Federal Rules of Civil Procedure, because these actions assert claims on behalf of the
23  same plaintiffs and nominal defendant against the same defendants, arise out of the
24  same subject matter, and litigating these actions separately would likely be duplicative
25  and wasteful of judicial and litigant resources;
26      The *Gerov* Action, along with all further shareholder derivative actions
27  pertaining to the same subject matter that are properly related to this action, should be
28  consolidated into the first-filed *Building Trades* Action, and should be filed under the

- 1 -

512887_1

style identified in the [Proposed] Pre-Trial Order No. 1 Consolidating the Actions, Appointing and Approving Lead Counsel and Setting Schedule for Filing of Consolidated Complaint and Defendants' Responses filed herewith ("Pre-Trial Order No. 1) and the cause number for the *Building Trades* Action;

The Building Trades United Pension Trust Fund and Emilio Gerov agree to coordinate their efforts as plaintiffs;

Plaintiffs' counsel agree that Robbins Geller Rudman & Dowd LLP and Glancy Binkow & Goldberg LLP should be appointed Lead Counsel for Plaintiffs;

In the interest of judicial and litigant efficiency, there should be the filing of a Consolidated Complaint by proposed Lead Counsel on behalf of Plaintiffs, so that defendants need only respond to a single complaint once the actions are consolidated and a Consolidated Complaint is filed;

Defendants are not required to respond to the complaint in any action consolidated into this action, other than a Consolidated Complaint.

The Parties have agreed to a schedule for the filing of a Consolidated Complaint and defendants' response thereto; and

The Parties believe that the efficient and fair administration of any related actions, the assurance of consistent rulings and decisions, and the avoidance of unnecessary duplication of effort warrants the issuance of the attached proposed Pre-Trial Order No. 1.

IT IS SO STIPULATED.

DATED: April 6, 2010

ROBBINS GELLER RUDMAN
& DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
FRANCIS A. DIGIACCO

*/s/ Benny C. Goodman III*

BENNY C. GOODMAN III

512887_1

- 2 -

...

|     |                        |                                                                                                                                                                      |
| --- | ---------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                        |                                                                                                                                                                      |
| 2   |                        | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058                                                                                  |
| 3   |                        | 619/231-7423 (fax)<br>travisd@rgrdlaw.com                                                                                                                             |
| 4   |                        | bgoodman@rgrdlaw.com                                                                                                                                                  |
| 5   |                        | KENDALL LAW GROUP, LLP<br>JOE KENDALL                                                                                                                                 |
| 6   |                        | HAMILTON LINDLEY<br>3232 McKinney Avenue, Suite 700                                                                                                                   |
| 7   |                        | Dallas, TX 75204<br>Telephone: 214/744-3000                                                                                                                           |
| 8   |                        | 214/744-3015 (fax)<br>jkendall@kendalllawgroup.com                                                                                                                    |
| 9   |                        | hlindley@kendalllawgroup.com                                                                                                                                          |
| 10  |                        | Attorneys for Plaintiff Building Trades<br>United Pension Trust Fund                                                                                                  |
| 11  |                        |                                                                                                                                                                      |
| 12  | DATED: April 6, 2010   | GLANCY BINKOW &<br>   GOLDBERG LLP                                                                                                                                   |
| 13  |                        | MICHAEL GOLDBERG                                                                                                                                                     |
| 14  |                        |                                                                                                                                                                      |
| 15  |                        | /s/ Michael Goldberg<br>MICHAEL GOLDBERG                                                                                                                              |
| 16  |                        | 1801 Avenue of the Stars, Suite 311                                                                                                                                   |
| 17  |                        | Los Angeles, CA 90067<br>Telephone: 310/201-9150                                                                                                                      |
| 18  |                        | 310/201-9160 (fax)<br>info@glancylaw.com                                                                                                                              |
| 19  |                        | SAXENA WHITE P.A.                                                                                                                                                     |
| 20  |                        | MAYA SAXENA<br>JOSEPH E. WHITE, III                                                                                                                                   |
| 21  |                        | LESTER HOOKER<br>2424 North Federal Highway, Suite 257                                                                                                                |
| 22  |                        | Boca Raton, FL 33431<br>Telephone: 561/394-3399                                                                                                                       |
| 23  |                        | 561/394-3382 (fax)<br>msaxena@saxenawhite.com                                                                                                                         |
| 24  |                        | jwhite@saxenawhite.com<br>lhooker@saxenawhite.com                                                                                                                     |
| 25  |                        |                                                                                                                                                                      |
| 26  |                        |                                                                                                                                                                      |
| 27  |                        |                                                                                                                                                                      |
| 28  |                        |                                                                                                                                                                      |

512887_1

- 3 -

|   |   |
|---|---|
|   | ABBEY SPANIER RODD & ABRAMS LLP<br>NANCY KABOOLIAN<br>212 East 39th Street<br>New York, NY 10016<br>Telephone: 212/889-3700<br>212/684-5191 (fax)<br>nkaboolian@abbeyspanier.com |
|   | Attorneys for Plaintiff Emilio Gerov |
| DATED: April 6, 2010 | LATHAM & WATKINS<br>CHRISTOPHER W. JOHNSTONE<br><br>*/s/ Christopher W. Johnstone/PG*<br>CHRISTOPHER W. JOHNSTONE<br><br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415/391-0600<br>415/395-8095 (fax)<br>chris.johnstone@lw.com |
|   | LATHAM & WATKINS LLP<br>CAROLYN A. DAWES<br>MICHELE D. JOHNSON<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714/540-1235<br>714-755-8290 (fax)<br>carolyn.dawes@lw.com<br>michele.johnson@lw.com |
|   | LATHAM & WATKINS<br>PATRICK E. GIBBS<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: 650/462-4696<br>650/463-2600 (fax)<br>patrick.gibbs@lw.com |
|   | Attorneys for Defendants |

512887_1

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2010.

BENNY C. GOODMAN III

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:   bennyg@rgrdlaw.com

512887_1

# Mailing Information for a Case 2:10-cv-00667-JVS-MLG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carolyn A Dawes**
  carolyn.dawes@lw.com,#ocecf@lw.com,Debi.Sanders@LW.com

- **Travis E Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick E Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,jennifer.duckworth@lw.com,Zoila.Aurora@LW.com,Adam.Regoli@lw.com

- **Benny C Goodman , III**
  bgoodman@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,#ocecf@lw.com,jana.roach@lw.com

- **Christopher W Johnstone**
  chris.johnstone@lw.com,#sfdocket@lw.com

- **Joe Kendall**
  Jkendall@kendalllawgroup.com

- **Hamilton Lindley**
  administrator@kendalllawgroup.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
● (No manual recipients)
```