LATHAM & WATKINS LLP
  Patrick E. Gibbs, Bar No. 183174
  *patrick.gibbs@lw.com*
  Chris W. Johnstone, Bar No. 242152
  *chris.johnstone@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

LATHAM & WATKINS LLP
  Michele D. Johnson, Bar No. 198298
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Attorneys for Nominal Defendant STEC, Inc. and Individual Defendants Manouch Moshayedi, Mark Moshayedi, Dan Moses, Matthew L. Witte, Rajat Bahri, F. Michael Ball, Christopher W. Colpitts, and Raymond D. Cook

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. CV10-00667-JVS (MLG)<br><br>**ORDER REGARDING CASE MANAGEMENT**<br><br>Judge: Hon. James V. Selna<br>Court: 10C |

## [PROPOSED] ORDER

The Stipulation Regarding Case Management having been considered and GOOD CAUSE APPEARING THEREFORE, the Court Orders as follows:

1. The prosecution of this case shall continue to be deferred until: (1) the Court issues its ruling on the defendants' motion to dismiss the Second Amended Complaint in *In re STEC, Inc. Securities Litigation*, SACV 09-1304-JVS (MLGx) (the "Securities Class Action"); or (2) the stay is lifted in *In re STEC, Inc. Shareholder Derivative Litigation*, Lead Case No. 30-2009-00320001-CU-SL-CSC (the "State Derivative Action").

2. Nothing in this Order prevents Defendants from moving the Court to further defer the prosecution of this case at a later date.

IT IS SO ORDERED.

Dated: January 28, 2011

_____
HONORABLE JAMES V. SELNA
United States District Judge