1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. DERIVATIVE LITIGATION | Lead Case No. CV10-00667-JVS (MLGx) |
| | Consolidated with Case No. CV12-1862-JVS(MLGx) |
| This Document Relates To: | |
| ALL ACTIONS | **[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| | Judge: Hon. James V. Selna<br>Court: 10C |
| | Discovery Document: Referred to Magistrate Judge Marc L. Goldman |

# [~~PROPOSED~~] ORDER

The Court has received and reviewed the Stipulated Protective Order (Docket No. 67). Based upon the Stipulated Protective Order and for good cause shown, THE COURT HEREBY ORDERS that the provisions of the Stipulated Protective Order are hereby adopted.

IT IS SO ORDERED.

DATED: April 2, 2013

_____
THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE