# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEC, INC. DERIVATIVE LITIGATION<br><br>This Document Related To:<br><br>  ALL ACTIONS | Lead Case No. CV 10-00667-JVS (MLGx)<br><br>*Consolidated with Case Nos. SACV 10-00220-JVS & SACV 12-1862 JVS*<br><br>**ORDER OF VOLUNTARY DISMISSAL OF DEMAND MADE PLAINTIFF'S DERIVATIVE CLAIMS WITHOUT PREJUDICE**<br><br>Judge:     Hon. James V. Selna<br>Courtrm:  10C |

# ORDER

The Court has received and reviewed the parties' Joint Stipulation of Voluntary Dismissal of Demand Made Derivative Claims Without Prejudice, filed October 28, 2013. Based upon that Joint Stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. In light of the acquisition of sTec by Western Digital Corp. on September 12, 2013, the notice requirements of Federal Rule of Civil Procedure Rule 23.1(c) do not apply to this Voluntary Dismissal of the Demand Made Derivative Claims. *See Daugherty v. Ball*, 43 F.R.D. 329, 334 (C.D. Cal. 1967); *see also Weiss v. SCM Corp.*, 1986 U.S. Dist. LEXIS 23035, *4 (S.D.N.Y. July 9, 1986); *Sheinberg v. Fluor Corp.*, 91 F.R.D. 74, 74-76 (S.D.N.Y. 1981)).

2. The Derivative Claims that have been deemed by the Court to supplement the Consolidated Verified Shareholder Derivative Complaint For Breach of Fiduciary Duty; Demand for Jury Trial filed on May 28, 2010 (Dkt. Nos. 30, 76) are hereby DISMISSED, without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with all parties to bear their own costs and attorneys' fees.

3. The Exchange Act Claims asserted by the Demand Made Plaintiff are not affected by this Order.

4. The schedule of pretrial dates set forth in Exhibit A shall be adopted by the Court to resolve the claims that remain in the case.

**IT IS SO ORDERED.**

DATED: October 31, 2013

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE